**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     John Davis d/b/a J.D. House of Style  **v.**  National Lloyds Insurance Company

Appellate case number:     01-14-00278-CV

Trial court case number:   2010-58199

Trial court:     281st District Court of Harris County

Date motion filed:     November 25, 2015

Party filing motion:     appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature:          /s/ Evelyn V. Keyes
          ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justice Keyes, Bland, and Massengale

Date:          March 15, 2016